1  Cynthia L. Alexander, Esq.
   Nevada Bar No. 6718
2  Cassie R. Stratford, Esq.
   Nevada Bar No. 11288
3  SNELL & WILMER L.L.P.
4  3883 Howard Hughes Parkway
   Suite 1100
5  Las Vegas, NV  89169
   Telephone:  702.784.5200
6  Facsimile:   702.784.5252

7  *Attorneys for Defendant WELLS FARGO BANK, N.A.
   improperly named herein as AMERICA'S SERVICING
8  COMPANY*

9

10             IN THE UNITED STATES DISTRICT COURT

11                    DISTRICT OF NEVADA

12

| 13 | ALBERT KAHALEHOE & JESSICA KAHALEHOE, | Case No. 2:09-cv-02368-KJD-RJJ |
|---|---|---|
| 14 | | |
| 15 | Plaintiff, | |
| 16 | vs. | **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| 17 | WMC MORTGAGE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; AMERICA'S SERVICING COMPANY; NATIONAL DEFAULT SERVICING CORPORATION; DOES I-V, inclusive; and ROE ENTITIES VI-X, inclusive, | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | Defendants. | |

22   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Albert
23  Kahalehoe and Jessica Kahalehoe,  through counsel, Law Office of Thomas Stafford, Defendant
24  WMC Mortgage Corporation, through counsel, Jolley Urga Wirth Woodbury & Standish, and
25  Defendant Wells Fargo Bank, N.A., through counsel, Snell and Wilmer L.L.P.:
26  / / /
27  / / /
28  / / /

11635334.1

1   THAT the above-captioned case, all claims, causes of action and defenses between
2   Plaintiffs and Defendants set forth in the pleadings be dismissed with prejudice, with each party
3   to bear their own attorneys' fees and costs.

4   Dated this 2nd day of August, 2010.                Dated this 2nd day of August, 2010.

6   By: /s/Thomas Stafford                             By: /s/ [signature]
    Thomas Stafford                                    Cynthia L. Alexander, Esq.
    Law Office of Thomas Stafford                      Nevada Bar No. 6718
7   333 N. Rancho Dr.                                  Cassie R. Stratford, Esq.
    Las Vegas, NV 89106                                Nevada Bar No. 11288
8   702-647-2510                                       Snell & Wilmer L.L.P.
    702-647-0012 (fax)                                 3883 Howard Hughes Parkway, Suite 1100
9   tstaflaws@aol.com                                  Las Vegas, Nevada 89169
    *Attorneys for Plaintiffs*

11                                                     *Attorneys for Defendant WELLS FARGO
                                                       BANK, N.A. (improperly named herein as
12                                                     AMERICA'S SERVICING COMPANY)*

13  Dated this 2nd day of August, 2010.

15  By: /s/Mindy Fisher
    Mindy Fisher
    Martin Little
16  Jolley Urga Wirth Woodbury & Standish
    3800 Howard Hughes Parkway
17  Las Vegas, NV 89169
    702-699-7500
18  702-699-7555 (fax)
    mcf@juww.com
19  mal@juww.com
    *Attorneys for Defendants WMC Mortgage
20  Corporation*

21                                     **ORDER**

22      IT IS SO ORDERED that the above-captioned case and all claims, causes of action and
23  defenses between Plaintiffs, Albert Kahalehoe and Jessica Kahalehoe, and Defendant WMC
24  Mortgage Corporation, and Defendant Wells Fargo Bank, N.A., set forth in the pleadings, are
25  dismissed with prejudice, with each party to bear their own attorneys' fees and costs.
26  DATED this 2nd day of August 2010.

                                                       [signature]
                                                       UNITED STATES DISTRICT COURT JUDGE

11635334.1

- 2 -